UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TAYLOR B HARDY, | ) |
|         Plaintiff, | ) |
| v. | ) No. 2:22-cv-00048-JRS-MJD |
| MICHAEL RAINS, Deputy Warden of Re-entry,<br>DUSHAN ZATECKY, Warden,<br>INDIANA DEPARTMENT OF CORRECTION, | ) |
|         Defendants. | ) |

**Final Judgment**

Plaintiff shall take nothing by way of his complaint. The action is **dismissed with prejudice.** This is a final judgment under Federal Rule of Civil Procedure 58.

SO ORDERED.

Date: 1/15/2025

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

1

Distribution:

TAYLOR B HARDY
3611 Thornhill Circle W
Lafayette, IN 47909

Breanne Chambers
Office of Indiana Attorney General
breanne.chambers@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov